ANGELO CAPONE, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Capone* v. *City of New York*, 182 App. Div. 931, appeal dismissed. (Submitted February 26, 1920; decided March 16, 1920.)

APPEAL from a judgment entered April 8, 1918, upon an order of the Appellate Division of the Supreme Court in the second judicial department, unanimously overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant dis-

missing the complaint. Plaintiff brought an action for personal injuries, alleging that such injuries had been sustained January 18, 1916, and admitted that the action was begun March 12, 1917. Defendant pleaded that the action had not been instituted within one year after the alleged cause thereof had accrued, and moved for judgment on the pleadings, which motion was granted by the trial justice.

*H. W. Alden* for appellant.

*William P. Burr, Corporation Counsel (John F. O'Brien* and *William E. C. Mayer* of counsel), for respondent.

Appeal dismissed; with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.